# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MAURICE MOSS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3575

[March 18, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 88-005583 CF10C.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed. See Franklin v. State*, 258 So. 3d 1239, 1240 (Fla. 2018), and *cert. denied sub nom. Franklin v. Florida*, 139 S. Ct. 2646 (2019).

WARNER, GERBER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***